**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Alan J. Berteau
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821

James Patrick Dore
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821

R. Benn Vincent, Jr.
Kean, Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

Matthew B. Smith
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

Hattie V. Guidry
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

Kelly B. Becker
Liskow & Lewis
701 Poydras St., Suite 5000
New Orleans LA 70139-5099

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 23, 2022

**REHEARING ACTION: February 23, 2022**

**Docket Number: 21   00169-CA**

**THE SWEET LAKE LAND AND OIL COMPANY, LLC**
**VERSUS**
**OLEUM OPERATING COMPANY, L.C., ET AL.**

**Appealed from Calcasieu Parish Case No. 20101272**

**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett**
> **Hon. John E. Conery**
> **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **BP Products North America, Inc., et al** has this day been

>        **DENIED.**

cc: Brian W. Capell, Counsel for the Appellee
    Paul Matthew Jones, Counsel for the Appellee
    Thomas E. Balhoff, Counsel for the Appellee
    Judith R.E. Atkinson, Counsel for the Appellee
    Carlton Jones, III, Counsel for the Appellee
    Guillermo A. Iturralde, Counsel for the Appellee
    Guy Earl Wall, Counsel for the Appellee
    Paul Edward Bullington, Counsel for the Appellee
    Sara Lewis, Counsel for the Appellee
    F. Jonathan Rice, Counsel for the Appellee
    John W. Adams, Counsel for the Appellee